## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., AND PHILIPS NORTH AMERICA LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HP INC.,<br><br>　　　　Defendant. | C.A. No. 20-1241-CFC |

## DEFENDANT HP INC.'S MOTION FOR SUMMARY JUDGMENT OF INDEFINITENESS

Pursuant to this Court's March 13, 2024 Order at D.I. 76, Defendant HP Inc. ("HP") respectfully refiles its motion for an order granting summary judgment of indefiniteness under 35 U.S.C. § 112.

The grounds for the motion are set forth in HP's briefing, and contemporaneously filed statement of facts and declarations, in support of its previously filed Motion for Summary Judgment of Indefiniteness, filed at D.I. 64, 65, 66, 69, 70, and 71.

Dated:  March 26, 2024

FISH & RICHARDSON P.C.

By: */s/ Warren K. Mabey, Jr.*
    Warren K. Mabey, Jr.
    Douglas Edward McCann
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19801
    Telephone: (302) 652-5070
    mabey@fr.com
    dmccann@fr.com

    Ahmed J. Davis
    1000 Maine Avenue, S.W.
    Suite 1000
    Washington, DC 20024
    Telephone: (202) 783-5070
    davis@fr.com

    Lawrence Jarvis
    1180 Peachtree Street NE, 21st Floor
    Atlanta, GA  30309
    Telephone: (404) 892-5005
    jarvis@fr.com

*Attorneys for Defendant HP Inc.*