# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and PHILIPS NORTH AMERICA LLC, | |
| Plaintiffs, | |
| v. | C.A. No.: 20-cv-1241-CFC |
| HP INC., | |
| Defendant. | |

## MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

Defendant HP Inc. ("Defendant") hereby moves for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15 Standing Order"). In support of this Motion, the Defendant states as follows:

The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked

pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

1. On June 13, 2024, the parties are to appear before Your Honor for a motion hearing in this action.

2. The following individuals intend to appear and require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Elizabeth Tse, HP Inc.
- Kevin Jaffay, Expert
- John Black, Expert

WHEREFORE, the Defendant respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

Dated: June 6, 2024

FISH & RICHARDSON P.C.

/s/Warren K. Mabey, Jr.
Warren K. Mabey, Jr.
Douglas Edward McCann
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
302-652-5070
mabey@fr.com
dmccann@fr.com

        Ahmed J. Davis
        1000 Maine Ave SW
        Washington, D.C. 20024
        202-783-5070
        adavis@fr.com

        Lawrence Jarvis
        1180 Peachtree Street NE, 21st Floor
        Atlanta, GA 30309
        404-892-5005
        jarvis@fr.com@fr.com

        *Attorneys for Defendant HP Inc.*